**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

CLERKS OFFICE US DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED

6/12/2026

LAURA A. AUSTIN, CLERK
BY: /s/ Kayla Lokey
DEPUTY CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | Case No. _3:26cr8_____ |
| | **Violation:** 18 U.S.C. § 1028(a)(2), (b)(1)(A)(ii), and (c)(3)(B) |
| **SEBASTIAN ARQUILLA,** | |
| *Defendant.* | |

## INFORMATION

The United States of America charges that:

## COUNT ONE

1.     On or about and between July 2022 and October 2024, in the Western District of Virginia and elsewhere, the defendant, SEBASTIAN ARQUILLA, did knowingly transfer in the mail false identification documents, which were and appeared to be driver's licenses, knowing that such false identification documents were produced without lawful authority.

2.     All in violation of Title 18, United States Code, Section 1028(a)(2), (b)(1)(A)(ii), and (c)(3)(B).

## NOTICE OF FORFEITURE

1.     Upon conviction of one or more of the felony offenses alleged in this Information, the defendant shall forfeit to the United States:

      a.   any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of said offenses, pursuant to 18 U.S.C. § 982(a)(2)(B); and

b.  any personal property used or intended to be used to commit a violation of 18 U.S.C. § 1028, pursuant to 18 U.S.C. § 1028(b)(5).

2.    The property to be forfeited to the United States includes, but is not limited to, the following:

a.    **Money Judgment**

Not less than $84,449.00 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate was obtained directly or indirectly as a result of said offenses or is traceable to such property.

b.    **Electronic devices & document-making implements**

1.  Black and Silver iPad
   S/N: F9FSKSVYFLML
   IMEI: 352077071074886

2.  Black iPhone 14 Pro Max
   IMEI: 357828283286121

3.  Multi-Function Magnifying Money Detector
   Model: AD2138

3.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with a third person;

c.  has been placed beyond the jurisdiction of the Court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be subdivided without difficulty;

2

2024R00235

then it is the intent of the United States to seek forfeiture of any other property of the defendant

up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

_____
CHRISTOPHER B. BROWNE
Special Assistant United States Attorney

3

2024R00235